U.S. COURTS

01 JUL 30 PM 4:20

REC'D_____FILED
CAMERON S. BURKE,
CLERK,        IDAHO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW J. DOUGLAS, et al., | ) |
| Plaintiffs, | ) Case No. CV01-207-N-EJL |
| vs. | ) ORDER FOR MEDIATION |
| PRIMEBUYNETWORK.COM, INC., et al., | ) |
| Defendants. | ) |

The parties have agreed to participate in mediation. Pre-alternative dispute resolution (ADR) discovery shall be completed on or before **April 5, 2002**. This deadline shall only be extended for good cause shown. The parties shall meet, at a time and place agreeable to all, on or before **May 6, 2002,** with individuals who have settlement authority. The parties shall file with the court on or before **May 13, 2002**, a joint written statement regarding the efforts and progress made towards settlement. The report shall also state the parties' estimated trial time.

Mediation is a non-binding process wherein the parties attempt to resolve their differences with the assistance of a third-party facilitator; the mediator. All proceedings in a mediation session are confidential and privileged from discovery.

ORDER - Page 1
01ORDERS\DOUGLAS_MED.WPD

In accordance with the Mediation Program Procedures for the District of Idaho, the parties will be contacted by the ADR Coordinator for this district, who will provide information regarding the selection of a neutral, qualified mediator. The selected mediator will make the discretionary determination as to the exact date of the mediation session based upon the particular circumstances of the case and input from the respective parties. The mediator will also determine whether any follow-up mediation sessions are necessary.

Named parties shall be present during the entire mediation process in accordance with Section (m) of the Mediation Program Procedures for the District of Idaho. The parties shall make independent arrangements for payment of fees for the mediation. The costs of mediation are to be divided and borne equally by the parties unless agreed otherwise.

Following the mediation, the Court will be advised only that the case did or did not settle. No other information will be transmitted by the mediator or any other party.

Counsel and parties shall proceed in a good faith effort to try to resolve this case. Referral to alternative dispute resolution is not a substitute for trial, however, and the case will be tried if not settled, said trial date will remain on the calendar until further notice from the mediator or the parties.

Dated this 30th day of July, 2001.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

```
                                                              dmc
              United States District Court
                         for the
                    District of Idaho
                     July 30, 2001
```

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:   2:01-cv-00207

I certify that a copy of the attached document was mailed to the following named persons:

    Richard H Greener, Esq.                     Le Kelleher
    COSHO HUMPHREY GREENER & WELSH
    815 W Washington
    Boise, ID  83702

    Thomas G Walker, Esq.
    COSHO HUMPHREY GREENER & WELSH
    815 W Washington
    Boise, ID  83702

    LaDawn M Marsters, Esq.
    COSHO HUMPHREY GREENER & WELSH
    815 W Washington
    Boise, ID  83702

    Lynn Lincoln Sarko, Esq.
    KELLER ROHRBACK
    1201 3rd Ave #3200
    Seattle, WA  98101

    Mark A Griffin, Esq.
    KELLER ROHRBACK
    1201 3rd Ave #3200
    Seattle, WA  98101

    Elizabeth A Leland, Esq.
    KELLER ROHRBACK
    1201 3rd Ave #3200
    Seattle, WA  98101

    Steven C Bowman, Esq.
    HOLLAND & HART
    PO Box 2527
    Boise, ID  83701

    Aimee Y Wong, Esq.
    OPPENHEIMER WOLFF & DONNELLY
    840 Newport Center Dr #700
    Newport Beach, CA  92660

    Paul C Nyquist, Esq.
    OPPENHEIMER WOLFF & DONNELLY
    840 Newport Center Dr #700          Cameron S. Burke, Clerk
    Newport Beach, CA  92660

Date: July 30, 2001                       BY: Carol Vaugh
                                                                                          (Deputy Clerk)