RICHARD H. GREENER (ISB No. 1191)
THOMAS G. WALKER (ISB No. 1856)
LaDAWN MARSTERS (ISB No. 5663)
COSHO, HUMPHREY, GREENER & WELSH, P.A.
Carnegie Building
815 West Washington Street
Boise, Idaho 83702
Telephone:    (208) 344-7811
Facsimile:    (208) 338-3290

LYNN LINCOLN SARKO, WSBA #16569
MARK A. GRIFFIN, WSBA #16296
ELIZABETH A. LELAND, WSBA #23433
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone:    (206) 623-1900
Facsimile:    (206) 623-3384

Attorneys for Plaintiffs

FILED OCT 20 '03 PM03:58 USCTID
received

UNITED STATES COURTS
DISTRICT OF IDAHO

OCT 29 2003

LODGED___ M.REC'D___
         ___FILED___

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW J. DOUGLAS; GLEN DOUGLAS; and ROXANNE SARMENTO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PRIMEBUYNETWORK.COM, INC., an Oklahoma corporation; CHARLES H. MICHEL; CHARLES CULVER; GARY E. BRYANT; and NEWPORT CAPITAL CONSULTANTS, INC., a California Corporation, <br><br> Defendants. | No. CIV 01-0207-N-EJL <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION AGAINST THE BRYANT DEFENDANTS |

## I. STIPULATION

WHEREAS, Plaintiffs Matthew Douglas, Glen Douglas, and Roxanne Sarmento ("Plaintiffs") and Defendants Gary E. Bryant and Newport Capital Consultants, Inc ("Bryant

**Stipulation and [Proposed] Order for Dismissal of Action – Page 1**

Defendants") request jointly that the Court not require notice of the dismissal to the absent members of the putative class;

WHEREAS, Plaintiffs and Bryant Defendants make this request of the Court to approve a voluntary dismissal of the entire Action against the Bryant Defendants without prejudice as to absent putative class members (but with prejudice with respect to the named plaintiffs) in accordance with the decision in Diaz v. Trust Territory of Pacific Islands, 876 F.2d 1401, 1408-1409 (9th Cir. 1989) ("The court's duty to inquire into a settlement or dismissal differs before and after certification. Before certification, the dismissal is not *res judicata* against the absent class members and the court does not need to perform the kind of substantive oversight required when reviewing a settlement binding upon the class."), and the district courts within the Ninth Circuit that have applied Diaz to permit dismissals of pre-certification putative class actions without notice. Kas v. Chevron Corp., Civ. No. C-89-4335-SC, Civ. No. C-89-4413 SC, 1992 U.S. Dist LEXIS 13635, *1 (N.D. Cal. Aug. 20, 1992) (approving voluntary dismissal of class absent notice to class); Tepper v. Western Inv. Real Estate Trust, No. 92-2746 JPV, 1993 U.S. Dist. LEXIS 2148, *1 (N.D. Cal. Feb 23, 1993) (approving voluntary dismissal of class without notice); Johnson v. Peters Truck Lines, No. C-91-3809-JPV, 1993 U.S. Dist. LEXIS 3928, *1 (N.D. Cal. Mar. 23, 1993) (approving voluntary dismissal of class action, without notice); Robbins v. Hometown Buffet, Inc., Case No. 94-1655-J (BTM), 1995 U.S. Dist. LEXIS 17870 (S.D. Cal. Mar. 15, 1995) (granting parties' request for voluntary dismissal without prejudice, without notice to putative class members); Preferred MSO of America-Austin LLC v. Quadramed Corp., 85 F. Supp. 2d 974, 979 (C.D. Cal. 1999) (noting that existence of class does not preclude plaintiff from settling his individual claims); and

WHEREAS, the effectiveness of this Stipulation For Dismissal of Action Against the Bryant Defendants is dependent upon Court approval of the voluntary dismissal of the instant

**Stipulation and [Proposed] Order for Dismissal of Action -- Page 2**

action with prejudice as to the named Plaintiffs and without prejudice as to absent members of the putative class members and without notice to the putative class.

THEREFORE, the Plaintiffs and the Bryant Defendants, by and through their undersigned attorneys, stipulate to the dismissal of Plaintiffs' claims brought against the Bryant Defendants in this action and set forth in the Complaint. These parties stipulate that the claims of the named Plaintiffs against the Bryant Defendants be dismissed WITH PREJUDICE. The parties stipulate that the claims asserted on behalf of the absent putative class members against the Bryant Defendants be dismissed WITHOUT PREJUDICE. Except that the Bryant Defendants shall pay Plaintiffs' counsel $10,000 towards the costs of this litigation, each party shall bear its own costs and expenses, including attorneys' fees, and waive any rights of appeal.

DATED this 9th day of October 2003.

| COSHO, HUMPHREY, GREENER & WELSH, P.A. | HALL, FARLEY, OBERRECHT & BLANTON, P.A. |
|---|---|
| By: _____ <br> Richard H. Greener <br> Thomas G. Walker <br> LaDawn Marsters | By: _____ <br> Paul J. Augustine <br><br> Attorneys for Defendants Gary E. Bryant and Newport Capital Consultants, Inc. |

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko, WSBA #16569
Mark A. Griffin, WSBA #16296
Elizabeth A. Leland, WSBA #23433
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Attorneys for Plaintiffs Matthew Douglas, Glen Douglas, and Roxanne Sarmento

**Stipulation and [Proposed] Order for Dismissal of Action – Page 3**

## II. ORDER

After consideration of the Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that the Stipulation is APPROVED. The claims of the named Plaintiffs in this action against the Bryant Defendants are hereby DISMISSED WITH PREJUDICE. The claims asserted on behalf of the putative class members against the Bryant Defendants are hereby DISMISSED WITHOUT PREJUDICE. The Court has considered the parties' request that no notice of the pre-certification dismissal be sent to the absent members of the putative class. The Court finds that the factors cited in <u>Diaz v. Trust Territory of Pacific Islands</u>, 876 F. 2d 1401 (9th Cir. 1989), warrant the approval of a voluntary dismissal without notice to the absent members of the uncertified class. Accordingly, The Court finds good cause to excuse notice to the putative class.

DATED this 28th day of October 2003.

THE HONORABLE EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

ja

United States District Court
for the
District of Idaho
October 29, 2003

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  2:01-cv-00207
     2:01-cv-00368

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

   Richard H Greener, Esq. 1-208-338-3290
   COSHO HUMPHREY GREENER & WELSH
   815 W Washington
   Boise, ID  83702

   Thomas G Walker, Esq.   1-208-955-2012
   COSHO HUMPHREY GREENER & WELSH
   815 W Washington
   Boise, ID  83702

   LaDawn M Marsters, Esq. 1-208-338-3290
   COSHO HUMPHREY GREENER & WELSH
   815 W Washington
   Boise, ID  83702

   LaDawn Marie Marsters, Esq.    1-208-338-3290
   COSHO HUMPHREY GREENER & WELSH
   815 W Washington
   Boise, ID  83702

   Lynn Lincoln Sarko, Esq.       1-206-623-3384
   KELLER ROHRBACK
   1201 3rd Ave #3200
   Seattle, WA  98101

   Mark A Griffin, Esq.    1-206-623-3384
   KELLER ROHRBACK
   1201 3rd Ave #3200
   Seattle, WA  98101

   Elizabeth A Leland, Esq.       1-206-623-3384
   KELLER ROHRBACK
   1201 3rd Ave #3200
   Seattle, WA  98101

   Steven C Bowman, Esq.   1-208-343-8869
   HOLLAND & HART
   PO Box 2527
   Boise, ID  83701

B Newal Squyres, Esq. 1-208-343-8869
HOLLAND & HART
PO Box 2527
Boise, ID 83701

Aimee Y Wong, Esq.
OPPENHEIMER WOLFF & DONNELLY
840 Newport Center Dr #700
Newport Beach, CA 92660

Paul C Nyquist, Esq.
OPPENHEIMER WOLFF & DONNELLY
840 Newport Center Dr #700
Newport Beach, CA 92660

Grace Y Horoupian, Esq.
OPPENHEIMER WOLFF & DONNELLY
840 Newport Center Dr #700
Newport Beach, CA 92660

John T Edwards, Esq.
BROWN & EDWARDS
1221 W Hays
Boise, ID 83702-5316

Paul J Augustine, Esq.
HALL FARLEY OBERRECHT & BLANTON
PO Box 1271
Boise, ID 83701-1271


_____ Chief Judge B. Lynn Winmill
__✓__ Judge Edward J. Lodge
_____ Chief Magistrate Judge Larry M. Boyle
__✓__ Magistrate Judge Mikel H. Williams

Visiting Judges:
_____ Judge David O. Carter
_____ Judge John C. Coughenour
_____ Judge Thomas S. Zilly


Cameron S. Burke, Clerk

Date: 10-29-03           BY: _____
                              (Deputy Clerk)